# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JACOB HARDIN,                                                                                                   PLAINTIFF
ADC #141231

v.                                        NO. 4:11CV00542 JLH-JJV

TERRY BAILEY, Jail Administrator,
Pope County Detention Center, *et al*.                                                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE